UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

2011 FEB -3 PM 1:28

| IN RE: | ) | CASE NO. 02-52279 |
|---|---|---|
| | ) | |
| BOGARD, II, EDWARD & SUSAN | ) | CHAPTER 7 |
| | ) | |
| Debtor (s) | ) | JUDGE MARILYN SHEA-STONUM |

<u>TRANSMITTAL OF UNCLAIMED FUNDS</u>

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1.   Ninety days have passed since final distribution was made in this case.  A stop payment has been issued on all checks remaining unpaid.  The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| <u>Claim No.</u> | <u>Name and Address</u> | <u>Claim Amount</u> | <u>Dividend Amount</u> |
|---|---|---|---|
| #1 | C/O Revenue Group<br>PO Box 221278<br>25101 Chagrin Blvd., #250<br>Beachwood, OH 44122 | $813.00 | $12.80 |

2.   My Trustee's check for $12.80 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3.   Nothing further remains to be done in this case.

Date:  February 1, 2011

_____
ROBERT S. THOMAS, II
Trustee in Bankruptcy

ck # 10114
receipt # 82112

| Claim Number | Claimant | | Allowed Amt. of Claim | | Proposed Payment |
|---|---|---|---|---|---|
| 1 | C/O REVENUE GROUP | $ | 739.83 | $ | 12.80 |
| 2 | SHERMAN ACQUISITION LP DBA RESURGENT ACQUISITION | $ | 3,046.63 | $ | 52.70 |
| 6 | RETAILERS NATL BANK TARGET | $ | 329.02 | $ | 5.69 |
| 8 | Portfolio Recovery Assoc., LLC | $ | 2,100.14 | $ | 36.33 |
| 9 | Time Warner Cable | $ | 132.60 | $ | 2.29 |
| 10 | SUMMA HEALTH SYSTEM | $ | 0.00 | $ | 0.00 |
| 11 | DILLARD NATL BANK | $ | 269.92 | $ | 4.67 |
| 12 | CAPITAL ONE BANK | $ | 557.08 | $ | 9.64 |
| 13 | CAPITAL ONE BANK | $ | 1,416.70 | $ | 24.51 |
| 14 | DILLARD NATL BANK | $ | 0.00 | $ | 0.00 |
| 17 | Citifinancial, Inc. | $ | 14,670.98 | $ | 253.79 |
| 18 | Ohio Edison Company | $ | 11,008.59 | $ | 190.44 |
| 19 | Time Warner Cable | $ | 58.40 | $ | 1.01 |
| 20 | SUMMA HEALTH SYSTEM | $ | 5,519.10 | $ | 95.48 |
| 21 | Recovery Management Systems Corporation | $ | 0.00 | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

UST Form 101-7-NFR (9/1/2009)