CHECK NO. 10115
RECEIPT NO. 82124

FILED

2011 FEB -8 PM 3:42

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 02-52279 |
| | ) | |
| BOGARD, II, EDWARD & SUSAN | ) | CHAPTER 7 |
| | ) | |
| Debtor (s) | ) | JUDGE MARILYN SHEA-STONUM |

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #17 | Citifinancial, Inc.<br>1504 Brittain Rd.<br>Akron, OH 44310 | $16,121.96 | $253.79 |

2. My Trustee's check for $253.79payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: February 2, 2011

ROBERT S. THOMAS, II
Trustee in Bankruptcy